AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Thomas Kasperek | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:24—mj—00102
Assigned To : Harvey, G. Michael
Assign. Date : 3/21/2024
Description: Complaint W/ Arrest Warrant

_Defendant_

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Thomas Kasperek                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1): Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2): Disorderly and Disruptive Conduct in a Restricted building or Grounds;
40 U.S.C. § 5104(e)(2)(D): Disorderly and Disruptive Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G): Parading, Demonstrating, or Picketing in any Capitol Building

Date:      03/21/2024

_Issuing officer's signature_

City and state:      Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 3/21/24 , and the person was arrested on _(date)_ 3/08/24 at _(city and state)_ Sterling, Virginia . |

Date: 3/08/24

_Arresting officer's signature_

Ashley Roberts Special Agent
_Printed name and title_