# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24mj102 |
| Daphne Kasperek, Thomas Kasperek | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daphne Kasperek, Thomas Kasperek.

Date:     04/05/2024

*Nicholas Smith*
Attorney's signature

Nicholas Smith DC #1029802
*Printed name and bar number*
1123 Broadway, Ste 909
New York, NY 10010

Address

nds@davidbsmithpllc.com
*E-mail address*

(917) 902-3869
*Telephone number*

*FAX number*