IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                          Case No.: 1:24-mj-00102

THOMAS KASPEREK.

**MOTION TO WITHDRAW AS COUNSEL**

Comes now Robert L. Jenkins, Jr., Esq., counsel for the defendant and moves this Honorable Court for leave to withdraw as counsel.  In support of which, counsel states the following:

1. The undersigned was appointed to represent the defendant pursuant to the Criminal Justice Act.

2. Since his appointment, the defendant has retained counsel.

3. The defendant desires to be represented by his counsel of choice and is no longer in need of court-appointed counsel.

4. The granting of this request would be in the interest of justice.

5. The granting of this request would not impair the interest of the government.

I ASK FOR THIS:

By counsel

_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.:  CO0003
1010 Cameron Street
Alexandria, Virginia
(703) 309 0899 Telephone

(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for THOMAS KASPEREK

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2024, I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF.

_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.:  CO0003
1010 Cameron Street
Alexandria, Virginia
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for THOMAS KASPEREK