### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| v. | ) Case No. 24-mj-102 <br> ) |
| DAPHNE KASPEREK, THOMAS KASPEREK, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**DEFENDANTS' RESPONSE TO THE COURT'S APRIL 10 ORDER**

On April 4, the Court set an in-person status hearing for April 12, 2024 at 9:00 a.m. Counsel for the Defendants subsequently learned from the courtroom deputy that this hearing concerned a violation, or potential violation, of the Defendants' conditions of release. Specifically, counsel learned that Daphne and Thomas Kasperek had yet to surrender their passports and comply with an order to surrender firearms.

Counsel directly advised the Defendants to comply with both conditions. On April 4, the Kaspereks duly surrendered their passports to the Pretrial Services Agency and, on April 9, counsel forwarded to the PSA a signed statement from Thomas Kasperek that his firearms were transferred out of his possession, custody and control. The statement provided a point of contact and telephone number for the individual who took possession of the firearms. PSA emailed the statement to the Court's chambers the same day.

On April 5, counsel advised the Court's chambers by email that the Kaspereks had surrendered their passports to the PSA. Counsel requested permission to appear at the April 12 hearing via VTC, explaining that he worked in New York City and that travel to the district was

costly. Not receiving a response from the Court, counsel contacted the courtroom deputy by phone, several times. Counsel was informed that the Court would respond to counsel's request.

Five days later, on April 10, not having heard from the Court, counsel emailed chambers at 10:42 a.m., and left voicemail messages with the courtroom deputy, explaining that the Defendants were no longer in breach of their release conditions and that, if the Court was still inclined to hold a hearing on April 12, counsel would need to know whether he should purchase train tickets to the district, as the hearing would take place in less than two days. Not receiving a response, counsel called the Court's chambers in the early afternoon. Counsel was advised that he would receive a response later.

At 4:00 p.m. on April 10, the Court entered the following order:

MINUTE ORDER as to DAPHNE KASPEREK (1) & THOMAS KASPEREK (2): Given Defendants initial refusal to surrender passports, Mr. Kaspereks representation to the Court under oath at the initial hearing that he only had two firearms in his possession when in fact he had three, as well his refusal to surrender his firearms notwithstanding the Courts order at the initial appearance, Defendants counsel is HEREBY ORDERED to file a notice on the docket by April 11, 2024 at noon certifying that he has personally confirmed all firearms have been removed from Defendants possession according to their conditions of release. SO ORDERED. Signed by Magistrate Judge Moxila A. Upadhyaya on 4/10/2024.

On receiving this order, counsel conferred with the Defendants. Through his consultation with the Kaspereks counsel confirms that "all firearms have been removed from Defendants possession according to their conditions of release." At the time this response to the Court's Order was filed, counsel called the courtroom deputy to determine whether the Court needed any additional information. Counsel was unable to reach the deputy and left a voicemail message. Counsel requests that if the Court is still inclined to hold a hearing on April 12, he be permitted to appear via VTC.

Dated: April 10, 2024                        Respectfully submitted,

>*/s/ Nicholas D. Smith*
>Nicholas D. Smith (D.C. Bar No. 1029802)
>1123 Broadway, Suite 909
>New York, NY 10010
>Phone: (917) 902-3869
>nds@davidbsmithpllc.com

## Certificate of Service

I hereby certify that on the 10th day of April, 2024, I filed the foregoing submission with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

>*/s/ Nicholas D. Smith*
>Nicholas D. Smith (D.C. Bar No. 1029802)
>1123 Broadway, Suite 909
>New York, NY 10010
>Phone: (917) 902-3869
>nds@davidbsmithpllc.com

3